**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Estella  Marie Wagaman
                                    **Debtor(s)**

**BK NO. 21-01707 HWV**

**Chapter 7**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
11 Aug 2021, 14:43:02, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: d4d9fa7dd630aaa33697ca1024922bfdbd6edc376b32f4397f5c6f3f45513d3f