UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ESTELLA MARIE WAGAMAN, : CHAPTER 13
:
: CASE NO. 1-21-bk-01707-HWV
:
Debtor :

### Request for Notice Under Fed.R.B.P. Rule 2002

To: Clerk, United States Bankruptcy Court

**PLEASE NOTE** that, pursuant to Bankruptcy Rule 9010(b), The Law Offices of Markian R. Slobodian, appears for: **Patriot Federal Credit Union, (hereinafter "Creditor")** a creditor and a party-in-interest within the intent of the United States Bankruptcy Code, and requests, pursuant to Bankruptcy Rules 2002(g) and 2002(i), that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person's address set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

> The Law Offices of Markian R. Slobodian
> 801 North Second Street
> Harrisburg, PA 17102
> (717) 232-5180
> law.ms@usa.net

It is further requested that in furtherance of its right to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated office be served as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal or any other documents filed with this Court that would affect, to any extent, the Creditor's claims, rights, or interests.

> **LAW OFFICES OF MARKIAN R. SLOBODIAN**
>
> /s/ Markian R. Slobodian
>
> _____
> **MARKIAN R. SLOBODIAN, ESQ.**
> 801 North Second Street
> Harrisburg, PA 17102
> (717) 232-5180
> Attorney for Creditor

Dated: September 3, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this date, served a true and correct copy of the foregoing Entry of Appearance by electronic email notice, addressed to the following individual(s):

      Jack N. Zaharopoulos, Trustee
info@pamd13trustee.com

      Michael J. Csonka, Esq.
mcsonka@csonkalaw.com

      /s/ Markian R. Slobodian
_____
MARKIAN R. SLOBODIAN, ESQ.

Dated: September 3, 2021