United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 21-01707-HWV

Estella Marie Wagaman                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                     Page 1 of 1

Date Rcvd: Sep 13, 2021                      Form ID: pdf010                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estella Marie Wagaman, South Mountain Road, Box 107, South Mountain, PA 17261-0107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Markian R Slobodian | on behalf of Attorney Patriot Federal Credit Union law.ms@usa.net |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | **Case No. 1:21-bk-01707-HWV** |
| Estella Marie Wagaman | : | |
| | : | **Chapter 7** |
| Debtor | : | |

## ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

IT IS ORDERED THAT:

1.  This Chapter 7 case is converted to a case under Chapter 13.

2.  The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:
    a. an account of all receipts and disbursements made in the Chapter 7 case, and
    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3.  The Trustee forthwith shall turnover to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control.

4.  The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

5.  The Debtor(s) within 15 days from the date of this Order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b), if such documents have not already been filed.

6.  The Debtor(s) within 15 days from the date of this Order shall file a Chapter 13 Plan.

7.  Other provisions (as needed):


Dated:  September 13, 2021          By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy