United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 21-01707-HWV

Estella Marie Wagaman                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                           Page 1 of 2
Date Rcvd: Nov 09, 2021                      Form ID: pdf010                       Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Estella Marie Wagaman, South Mountain Road, Box 107, South Mountain, PA 17261-0107 |
| aty | + | Patriot Federal Credit Union, c/o Markian R. Slobodian, Esq., 801 North Second Street, Harrisburg, PA 17102-3213 |
| 5428508 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5428509 | | Flagstar Bank, 5171 Corporate Drive, Troy, MI 48098 |
| 5441483 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5438614 | | Sprint Corp., by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5428512 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5428504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One, P O Box 71083, Charlotte, NC 28272-1083 |
| 5438046 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5428506 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 10:00:00 | Credit One Bank, P O Box 60500, City of Industry, CA 91716-0500 |
| 5428507 | + | Email/Text: mrdiscen@discover.com | Nov 09 2021 18:39:00 | Discover, P O Box 6103, Carol Stream, IL 60197-6103 |
| 5443882 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 09 2021 18:39:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5428505 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 10:00:00 | Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 5441483 | + | Email/Text: RASEBN@raslg.com | Nov 09 2021 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5438260 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5428510 | + | Email/Text: bankruptcy@patriotfcu.org | Nov 09 2021 18:39:00 | Patriot FCU, P O Box 778, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5428511 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Sprint, P O Box 4191, Carol Stream, IL 60197 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Nov 09, 2021 | Form ID: pdf010 | Total Noticed: 16 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Markian R Slobodian | on behalf of Attorney Patriot Federal Credit Union law.ms@usa.net |
| Michael John Csonka | on behalf of Debtor 1 Estella Marie Wagaman office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Estella Marie Wagaman

                      Debtor 1

Chapter: 13
Case No.: 1:21-bk-01707-HWV

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: November 8, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)